| COURTROOM MINUTES: | Clerk, U.S. District Court |
|---|---|
| **The Honorable Nancy K. Johnson  Presiding** | **Southern District of Texas** |
| Deputy Clerk: Shannon Jones | Filed 07.06.2016 |
| Interpreter Present? ☐ Yes ⇨☐ No ERO: P. Yebernestsky | |
| USPT/USPO: _____     TIME: 2:31-2:44 PM | |
| ☐ OTHER DISTRICT: _____     ☐ DIVISION    THEIR CASE# | |

**PROCEEDING HELD:**
⇨☐ **Initial Appearance**     ☐ Counsel Determination Hearing     ☐ _____
☐ **Bond Hearing**     ☐ **Identity**                              ☐ Hearing Continued on _____
☐ **Detention Hearing**  ☐ **Preliminary Hearing**          ☐ Other

**CASE NUMBER** ⇨☐ CR 4:16cr273-1,2,3,5,6     ☐ MJ _____

DEFT:                                                        AUSA: Bob Stabe

Joaquin Jesus Maranon #1                      Javier Martinez *(retained)*
Marco Antonio Zuniga #2
Frank Flores #3
Chance Wayne Nutt #5
Clifton Dwayne Johnson #6

☐ Date of arrest _____          ☐ Rule 5
⇨☐ Defendant's first appearance, Advised of rights/charges on: ⇨☐ Indictment  ☐ Information  ☐ Complaint
                    Violation of   ☐ Supervised Release  ☐ Probation
⇨☐ Defendant  ☐ Material Witness appeared   ⇨☒ with **#1**   ⇨☐ without counsel  **(#2,3,5,6)**
⇨☐ Defendant requests appointed counsel. **(6)**  ☒ Financial Affidavit executed and sworn ↩
☐ Order appointing Federal Public Defender   ⇨☐ Order appointing private counsel to follow. **(6)**
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $_____
⇨☐ Defendant advises that he will retain private counsel.

☐ Defendant_____ bond set   ☐ Cash  ☐ Surety  ☐ P/R  ☐ Unsecured  ☐ _____Deposit
☐ Defendant_____ bond set   ☐ Cash  ☐ Surety  ☐ P/R  ☐ Unsecured  ☐ $_____Deposit
☐ Defendant_____ bond set   ☐ Cash  ☐ Surety  ☐ P/R  ☐ Unsecured  ☐ $_____Deposit
☐ Surety signatures required as to Defendant(s)_____.
☐ Defendant(s)_____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____ Released
⇨☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s) **(1,2,3,5,6)**
☐ Order of Detention Pending Trial entered as to Defendant(s)
☐ Bond revoked            ☐ Bond reinstated       ☐ Bond Continued
⇨☐ Defendant____ remanded to custody **(1,2,3,5,6)**    ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant _____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause ☐ Identity

⇨☐ Defendant(s) **#1**      is/are scheduled on: 07.12.16 at 2pm for: **Milloy**
    ⇨☐ Arraignment              ☐ Counsel Determination Hearing  ☐ Identity Hearing cont.
    ⇨☐ Detention Hearing    ☐ Preliminary Hearing              ☐ Final Revocation Hearing
    ☐ Bond Hearing

**Defts: 2,3,5,6 DETENTION/ARRAIGNMENT 07.07.16 @2PM BEFORE JUDGE JOHNSON**

Case is UNSEALED.